United States. *Charles D. Hamel* and *James P. Jones* for respondent.

No. 253. O'BRIEN *v.* EQUITABLE LIFE ASSURANCE SOCIETY. C. A. 8th Cir. Certiorari denied. *Carll V. Kretsinger* for petitioner. *Henry I. Eager* and *Charles B. Blackmar* for respondent.

No. 254. JENSEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Alan Loth* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 255. BLACKFEET AND GROS VENTRE TRIBES OF INDIANS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ernest L. Wilkinson* and *Francis M. Goodwin* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States.

No. 256. AJAMIAN *v.* SCHLANGER ET AL., TRADING AS I. SCHLANGER & Co. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se.* *Isadore Glauberman* for respondents.

No. 257. HOXSEY CANCER CLINIC ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioners. *Solicitor General Sobeloff* for the United States.

No. 258. FUNK *v.* SEABOARD AIR LINE RAILWAY Co. C. A. 5th Cir. Certiorari denied. *G. Seals Aiken* for